UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 39818
    STEVE OLSON
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-2957
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/27/04 and confirmed on 02/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 21525.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JENNINGS REALTY | CURRENT MORTG | .00 | .00 | .00 |
| CITIZENS BANK | SECURED | 14925.00 | 2571.90 | 14925.00 |
| ADV COLL | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| AAA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1723.17 | .00 | 172.32 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 791.90 | .00 | 79.19 |
| CITY OF HIGHLAND PARK | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HL | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1436.69 | .00 | 143.67 |
| MENARDS INC | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS BANK | UNSECURED | 2212.03 | .00 | 221.20 |
| ROUNDUP FUNDING LLC | UNSECURED | 155.39 | .00 | 15.54 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14925.00 | .00 | 6319.18 | .00 | 21244.18 |
| PRINCIPAL PAID | 14925.00 | .00 | 631.92 | .00 | 15556.92 |
| INTEREST PAID | 2571.90 | .00 | .00 | .00 | 2571.90 |
| TOTAL PAID | 17496.90 | .00 | 631.92 | .00 | 18128.82 |

The Debtor's attorney, DAVID M SIEGEL            , was allowed $   2700.00
and was paid $    456.00  direct and $   2244.00  through the plan.

The Trustee received $    854.58 .

Refunds to the Debtor totaled $    297.60 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 05/21/08                            /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
     CASE NO. 04 B 39818 STEVE OLSON
```